**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JASON ISAAC WEST, | : | No. 148 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS | : | |
| MONTGOMERY COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Wirt of Mandamus and/or Extraordinary Relief and the Application for a Hearing are **DENIED**.